MARTÍNEZ, PETICIONARIO, *v.* CROSAS, JUEZ DE DISTRITO, DEMANDADO.

SOLICITUD para que se expida un auto de *certiorari* contra el Juez de la Corte de Distrito de Aguadilla.

No. 242.—Resuelto en enero 30, 1919.

CERTIORARI—FACULTAD DISCRECIONAL PARA CONCEDERLO—SUSPENSIÓN DE LOS PROCEDIMIENTOS POR POCO TIEMPO.—No haremos uso de la facultad discrecional que tenemos para corregir los procedimientos por auto de *certiorari* cuando su concesión sólo produciría el efecto de paralizar por algún espacio pequeño de tiempo el cumplimiento de la sentencia que lo motiva.

Los hechos están expresados en la opinión.

Abogado del peticionario: *Sr. Víctor P. Martínez.*

Abogado de la parte contraria: *Sr. Luis Llorens Torres.*

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tribunal.

Como consecuencia de un auto de *certiorari* que expedimos al Juez de Distrito de Aguadilla a instancia de don Víctor Primo Martínez tenemos ante nosotros los autos originales del pleito seguido ante él por don José C. Rivera contra dicho Sr. Martínez.

En la demanda se reclamaban $20,000 por indemnización; el demandado reconvino por treinta mil pesos y la corte de distrito falló que el demandado pagase al demandante un peso y declaró sin lugar su reconvención.

Resuelto por nosotros en 6 de diciembre de 1918 el recurso de apelación que interpuso el demandante contra la sentencia y comunicado nuestro fallo a la corte inferior decretando que el demandado pagase al demandante la cantidad de tres mil pesos, compareció ante nosotros don Víctor P. Martínez alegando que se estaba cumpliendo nuestra sentencia a pesar de que estaba pendiente su recurso de apelación contra la sentencia de la corte de distrito recaída en el pleito. Así es en efecto, pero el demandado en el pleito poco hizo para conseguir la tramitación de su recurso, si es que no perdió su derecho a que se resolviera, cuestión que no tenemos necesidad de decidir ahora especialmente, y más bien parece que confió en obtener éxito al ser considerado el recurso de apelación de su contrario pues trató de que se remitiesen a este Tribunal Supremo ciertos documentos como parte de las diligencias (*record*) que habían sido remitidas a este Tribunal; y las únicas que vinieron en este pleito fueron las del demandante.

De los autos aparece que el demandado apeló la sentencia y que en 15 de noviembre de 1917 presentó para el examen y aprobación del juez que conoció del juicio un proyecto de exposición del caso y de excepciones para que formara parte del legajo de la sentencia, cuya transcripción debía traer a este tribunal para resolver su recurso.

El juez de distrito de Aguadilla negó su aprobación a a ese pliego en 22 de diciembre de 1917, pero concediendo al demandado diez días para que presentara otro nuevo.

Después no aparece gestión alguna del demandado respecto a la tramitación de su recurso, ni ha presentado en este Tribunal transcripción alguna para que lo resolvamos, hasta su solicitud de *certiorari* al ver que se trataba de cumplir nuestra sentencia.

En vista de los hechos expuestos, no estamos dispuestos a hacer uso en su favor de la facultad discrecional que tenemos para corregir los procedimientos, ya que en este caso sólo produciría el efecto de paralizar por algún espacio pequeño de tiempo el cumplimiento de la sentencia que dictamos en el recurso del demandante.

Debe anularse el auto expedido en este caso.

*Anulado el auto expedido.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro y Hutchison.